FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL -9 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>COREY RYAN MCELWAIN,<br><br>        Defendant. | 2:09-CR-446-GMN (LRL) |

**FINAL ORDER OF FORFEITURE**

On April 1, 2010, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Title 21, United States Code, Section 853(a)(1), (a)(2), and (p), based upon the plea of guilty by defendant COREY RYAN MCELWAIN to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant COREY RYAN MCELWAIN pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on May 21, 2010, May 28, 2010, and June 4, 2010, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a)    an *in personam* criminal forfeiture money judgment of $42,870.00, including:

        1)    $8,621.00 in United States Currency ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _9th_ day of _July_, 2010.

_____
UNITED STATES DISTRICT JUDGE

2